■ In the Matter of RICHARD M., Respondent, v PRINCESS R.F., Appellant. [934 NYS2d 702]—

Family Court correctly found that respondent demonstrated neither a reasonable excuse for her failure to appear in court nor a meritorious defense to the petition (*Matter of Amirah Nicole A. [Tamika R.]*, 73 AD3d 428 [2010], *lv dismissed* 15 NY3d 766 [2010]). Concur—Saxe, J.P., Catterson, Moskowitz and Acosta, Renwick JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL GILLES, True Name HERTZ SANON, Appellant. [935 NYS2d 266]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Carol Berkman, J.), rendered on or about February 6, 2008, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Saxe J.P., Catterson, Moskowitz, Acosta and Renwick, JJ.